PEOPLE v BEELER. Appeal from Recorder's Court of Detroit, Samuel H. Olsen, J. Submitted Division 1 March 21, 1972, at Detroit. (Docket No. 11735.) Decided May 3, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Kenneth A. Webb,* for defendant on appeal.

Before V. J. BRENNAN, P. J., and LEVIN and O'HARA, JJ.

MEMORANDUM OPINION. Defendant pled guilty to the included offense of robbery unarmed and appeals. The people have filed a motion to affirm the conviction.

Upon an examination of the briefs and record, it is manifest that

the questions sought to be reviewed are so unsubstantial as to warrant no argument or formal submission.

Motion to affirm is granted.